■ TROY SAVINGS BANK, Appellant, v DOVRICH 39A CO., INC., et al., Respondents, et al., Defendants. TROY SAVINGS BANK,

Plaintiff, v 22ND STREET SURPLUS HOLDING COMPANY et al., Defendants. TROY SAVINGS BANK, Appellant, v RICHARD H. MAIDMAN et al., Respondents, et al., Defendants. RICHARD H. MAIDMAN and DAVID A. MAIDMAN, a Partnership, Respondent, v TROY SAVINGS BANK, Appellant, et al., Defendants.—Order and partial judgment of Supreme Court, New York County (Seymour Schwartz, J.), entered on or about June 16, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.